JOSEPH A. RYAN, Appellant, v. CONNERS MARINE COMPANY, INC., Respondent. — Appeal from order dated September 29, 1938, denying plaintiff's motion to strike out paragraphs 4 to 16, inclusive, of the answer; and from order dated October 26, 1938, on reargument of said motion, adhering to the original decision and denying plaintiff's further motion for a separate trial to determine the validity of the defenses contained in paragraphs 4 to 16, inclusive, of the answer. Order dated October 26, 1938, affirmed, with ten dollars costs and disbursements. Appeal from order dated September 29, 1938, dismissed. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

THE SEA GATE ASSOCIATION, Respondent, v. THE SEA GATE TENANTS ASSOCIATION, " JOHN " TEICHNER, First Name Fictitious, Real First Name Unknown to Plaintiff, the Person Intended Being the President of the Said Sea Gate Tenants Association, and Others, Appellants.— Order granting the motion of plaintiff for a temporary injunction against the defendants, restraining them from picketing, parading and the like on the streets, sidewalks, beaches and approaches in, on and to the private community of Sea Gate, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur. [168 Misc. 742.]

MARY E. SMITH, Appellant, v. ELEN MEADE, Also Known as HELEN C. MEADE, Also Known as HELEN M. SMITH, as Executrix, etc., of GEORGE EDMUND SMITH, Also Known as GEORGE ED. SMITH, Deceased, Respondent.—Appeal, nominally by plaintiff but in fact by her executor, from an order vacating an order continuing in the name of the executor an action brought to recover damages for alleged fraud and other tortious conduct. Order affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.